
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02726-CMA

PRESTON J. KEELER IV,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on September 4, 2014 it is

ORDERED that the ALJ's denial of disability benefits is AFFIRMED.  It is further

ORDERED that each party shall pay its own costs and attorneys' fees.

  Dated at Denver, Colorado this 5th day of September, 2014.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                    By:  s/   A. Thomas

                        Deputy Clerk